MATTHEWS, Respondent, v. HOFFMEISTER, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Samuel L. Matthews against Alfred Hoffmeister.

PER CURIAM. Plaintiff does not ask for specific performance. Order reversed, with $10 costs and disbursements, and motion granted, with costs, upon the authority of Klim v. Sachs, 102 App. Div. 44, 92 N. Y. Supp. 107, and

Krainin v. Coffey, 119 App. Div. 516, 104 N. Y. Supp. 174.